IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN BROWN
ADC #133891                                                             PLAINTIFF

v.                              No. 3:15-cv-48-DPM-JTK

JOEY MARTIN, Jail Administration,
Poinsett County Jail and LARRY MILLS,
Sheriff, Poinsett County Jail                                           DEFENDANTS

### ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

20 April 2015