IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN BROWN
ADC #133891                                                              PLAINTIFF

v.                          No. 3:15-cv-48-DPM

JOEY MARTIN, Jail Administration,
Poinsett County Jail and LARRY MILLS,
Sheriff, Poinsett County Jail                                          DEFENDANTS

## JUDGMENT

Brown's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2015